IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 9 2005

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

| | |
|---|---|
| JOHN B. WILLIAMS and<br>RONALD GRIFFIN | )<br>)<br>) |
| VS. | )   3-04-CV-1853-P<br>) |
| DAVID FORREST and<br>MIKE RINGER, true name Michael Singer | )<br>) |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 9th day of May, 2005.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE